1
2
3
4
5
6
7            UNITED STATES DISTRICT COURT
8            EASTERN DISTRICT OF CALIFORNIA
9
10   EVELYN JIMENEZ,                    Case No.  1:25-cv-00950-KES-SKO

11              Plaintiff,              ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATIONS TO DISMISS
12        v.                            PLAINTIFF'S COMPLAINT WITHOUT
                                        LEAVE TO AMEND
13   POSTAL SERVICE OFFICE,
                                        Doc. 5
14              Defendant.

15
16
17          Plaintiff Evelyn Jimenez proceeds pro se and in forma pauperis in this civil action

18   initiated on August 4, 2025.  Doc. 1.  This matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 8, 2025, the assigned magistrate judge screened plaintiff's complaint, found

21   the allegations therein to be frivolous, and issued findings and recommendation recommending

22   that the complaint be dismissed without leave to amend for failure to state a claim.  Doc. 5.  The

23   findings and recommendations were served on plaintiff and contained notice that any objections

24   thereto were due within 21 days.  *Id.* at 6.  Plaintiff did not file objections and the time to do so

25   has now passed.  *See* docket.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

27   novo review of the case.  Having carefully reviewed the matter, the Court finds the findings and

28   recommendations are supported by the record and proper analysis.

1

Accordingly:

1.    The findings and recommendations issued, August 8, 2025, Doc. 5, are adopted in full;

2.    Plaintiff's complaint is dismissed without leave to amend for failure to state a claim; and

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 23, 2025

_____

UNITED STATES DISTRICT JUDGE